# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

STEVEN P. DEL MAURO
Direct Dial: (973) 425-8206
sdelmauro@mdmc-law.com

August 30, 2007

*Via ECF*
Clerk, United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Principal Life Insurance Company v. Moses Jacobowitz**
             **Civil Action: 07-7673**

Dear Sir or Madam:

    We represent Principal Life Insurance Company of America ("Principal Life") in the above-captioned matter. Enclosed herewith please find the original and one copy of a voluntary dismissal of the above action.

    Thank you for your courtesy in this regard.

                              Very truly yours,

                 McElroy, Deutsch, Mulvaney & Carpenter, LLP

                              Steven P. Del Mauro

SPD:bk
Enclosures