MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for plaintiff, Principal Life Insurance Company

By: _____
    Steven P. Del Mauro

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PRINCIPAL LIFE INSURANCE COMPANY,** | CIVIL ACTION NO. 07-7673 |
| Plaintiff, | |
| vs. | |
| **MOSES JACOBOWITZ,** | |
| Defendant. | |

## CIVIL ACTION – VOLUNTARY DISMISSAL

The undersigned attorneys for plaintiff, Principal Life Insurance Company, hereby voluntarily dismiss the complaint with prejudice.

                                  McELROY, DEUTSCH, MULVANEY &
                                  CARPENTER, LLP
                                  Attorneys for plaintiff, Principal Life
                                  Insurance Company

                                  By: _____
                                      Steven P. Del Mauro, Esq.

Dated: August 30, 2007
983668_1.doc