MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for plaintiff, Principal Life Insurance Company

By: _____
　　Steven P. Del Mauro

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | CIVIL ACTION NO. 07-7673 |
| Plaintiff, | |
| vs. | |
| MOSES JACOBOWITZ, | |
| Defendant. | |

### CIVIL ACTION – VOLUNTARY DISMISSAL

The undersigned attorneys for plaintiff, Principal Life Insurance Company, hereby voluntarily dismiss the complaint with prejudice.

Case Closed

SO ORDERED

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
9/12/07

Dated: August 30, 2007
983668_1.doc

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for plaintiff, Principal Life Insurance Company

By: _____
　　Steven P. Del Mauro, Esq.